KEVIN WOODALL, CA Bar No. 180650
kwoodall@foley.com
NINA KANI, CA Bar No. 221652
nkani@foley.com
FOLEY & LARDNER LLP
One Maritime Plaza, Sixth Floor
San Francisco, CA 94111-3409
Telephone:   415.434.4484
Facsimile:    415.434.4507

Attorneys for Defendants
ST. JOSEPHS' MEDICAL CENTER AND CATHOLIC HEALTHCARE WEST, INC.

JAY DYER
717 K Street, Suite 308
Sacramento, CA 95814
Telephone:   916.442.0802
Facsimile:    916.442.0810

Attorneys for Plaintiff
VIRGINIA LEGASPI

JIM VOELZOW
P.O. Box 700
West Sacramento, CA 95691
Telephone:   916.376-9366
Email: jvoelzow@macnexus.org

Appearing Pro Se for
California Licensed Vocational Nurses Association

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virginia Legaspi,<br><br>             Plaintiff,<br><br>     vs.<br><br>California Licensed Vocational Nurses Association, Inc., St. Joseph's Medical Center, Catholic Healthcare West, Inc. and Does 1-10,<br><br>             Defendants. | Case No: 2:07-CV-0291 FCD GGH<br><br>**STIPULATION AND ORDER TO AMEND PRE-TRIAL SCHEDULING ORDER** |

Pursuant to Local Rules 6-144 and 83-143, plaintiff VIRGINIA LEGASPI

---

1

STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULING ORDER

SFCA_911035.1

("Plaintiff") and defendants ST. JOSEPH'S MEDICAL CENTER AND CATHOLIC HEALTHCARE WEST, INC. and California Licensed Vocational Nurses Association ("Defendants") enter into the following stipulation:

Whereas, counsel for Plaintiff was informed on January 2, 2008 that his services had been terminated by his client; and

Whereas, counsel for Plaintiff Virginia Legaspi ("Plaintiff") filed an Amended Motion to Withdraw from the instant matter on January 17, 2008; and

Whereas, the parties scheduled depositions in January 2008, which did not occur due to Plaintiff's decision to terminate the services of her counsel; and

Whereas, counsel for Plaintiff filed an Amended Motion to Amend the Pre-Trial Scheduling Order, requesting that the Court extend fact-discovery deadlines in this matter, on January 17, 2008; and

Whereas, the hearing on Plaintiffs' Motions to Withdraw and Amend the Pre-Trial Scheduling Order are scheduled for hearing on February 22, 2008; and

Whereas, the Pre-Trial Scheduling Order currently prevents the parties from conducting fact-discovery after February 1, 2008 and prevents the parties from extending the fact-discovery deadline without a court order; and

Whereas, the parties are interested in moving discovery deadlines until a date after Plaintiff's Motion to Withdraw shall be heard by this Court,

Therefore, the parties stipulate and agree as follows:

1. The deadline for fact discovery shall be moved from <u>February 1, 2008</u> until <u>April 1, 2008</u>;

2. The deadline for expert disclosures shall be moved from <u>February 15, 2008</u> to <u>April 1, 2008</u>;

3. The deadline for supplemental expert disclosures be moved from <u>March 7, 2008</u> to <u>April 15, 2008</u>;

4. The deadline for expert discovery shall be moved from <u>April 7, 2008</u> to <u>May 15, 2008</u>;

2
STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULING ORDER
SFCA_911035.1

5. All other dates identified in the Pre-Trial Scheduling Order shall remain unchanged.

6. This is the initial stipulation amending the Pre-Trial Scheduling Order.

IT IS SO STIPULATED.

DATE: JANUARY 25, 2008             FOLEY & LARDNER LLP
                                   KEVN F. WOODALL
                                   NINA KANI


                                   BY: _____/S/NINA KANI_____
                                   NINA KANI[1]
                                   ATTORNEYS FOR DEFENDANTS ST.
                                   JOSEPH'S MEDICAL CENTER AND
                                   CATHOLIC HEALTHCARE WEST, INC.

DATE: JANUARY 25, 2008             JAY DYER


                                   BY: _____/S/JAY DYER_____
                                   JAY DYER
                                   ATTORNEYS FOR PLAINTIFF VIRGINIA
                                   LEGASPI

DATE: JANUARY 25, 2008             JIM VOELZOW


                                   BY: /S/ JIM VOELZOW
                                   JIM VOELZOW
                                   FOR CALIFORNIA LICENSED
                                   VOCATIONAL NURSES ASSOCIATION

## ORDER

Pursuant to stipulation, it is so ordered.

Dated: February 12, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

3
STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULING ORDER

SFCA_911035.1