UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

VIRGINIA LEGASPI,

         Plaintiff,

    v.

CALIFORNIA LICENSED VOCATIONAL NURSES ASSOCIATION, INC., ST. JOSEPH'S MEDICAL CENTER, CATHOLIC HEALTHCARE WEST, INC., and DOES 1-10,

         Defendants.

_____/

NO. CIV. S-07-0291 FCD GGH

ORDER

----oo0oo----

This matter is before the court on plaintiff's attorney, Jay Dyer's ("Dyer"), motion to withdraw as attorney of record for plaintiff Virginia Legaspi.

Pursuant to E.D. Local Rule 83-182(b):

> [A]n attorney who has appeared may not withdraw leaving the client in propria persona without leave of Court upon noticed motion and written notice to the client and all other parties who have appeared. The attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to withdraw.

1

1  Plaintiff's counsel has complied with the requirements of the
2  local rules by noticing the instant motion, providing proof of
3  service of the pending motion by mail to plaintiff, and providing
4  the court with plaintiff's current address.  Plaintiff's counsel
5  also provided proof of service to all defendants.
6       The Rules of Professional Conduct provide that an attorney
7  may withdraw from representation if "[t]he client knowingly and
8  freely assents to termination of employment."  California Rules
9  of Professional Conduct, Rule 3-700(C)(5).  Attached to his
10 declaration, Dyer provided a letter, dated January 2, 2008, that
11 he received from plaintiff Virginia Legaspi on January 3, 2008,
12 which requested the immediate termination of Dyer's professional
13 services.  (Ex. C to Decl. of Jay Dyer ("Dyer Decl."), filed Jan.
14 17, 2008).  Dyer also declared that he spoke to plaintiff on
15 January 7, 2007, to confirm her address and to confirm that she
16 had not yet secured new counsel.  (Dyer Decl. ¶ 11).  Dyer
17 informed plaintiff that he would be filing a motion to withdraw
18 as well as a motion to extend the discovery deadline.[1]  (Id.)
19      Therefore, Dyer's motion to withdraw as attorney of record
20 is GRANTED.  Dyer shall comply with the requirements of
21 California Rules of Professional Conduct, Rule 3-700(D).
22 Plaintiff Virginia Legaspi is substituted in propria persona.
23 Pursuant to Local Rule 72-302(c)(21), this case is hereby
24 referred to the assigned Magistrate Judge, Gregory G. Hollows,
25 for case management and recommendation(s) to the District Court

---

[1] Plaintiff and defendants stipulated to amendment of the pretrial scheduling order to extend discovery deadlines in light of the termination of plaintiff's counsel and the pending deadline of February 1, 2008, for conducting fact discovery.

Judge.  Parties are to contact Valerie Callen at 916-930-4199 with regard to further case management.

　　　　IT IS SO ORDERED.

DATED: February 12, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE