IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIRGINIA LEGASPI,

        Plaintiff,                    CIV. NO. S- 07-0291 FCD GGH PS

    vs.

CALIFORNIA LICENSED VOCATIONAL
NURSES ASSOCIATION, INC., et al.,

        Defendants.               <u>ORDER</u>

_____/

        On June 16, 2008, plaintiff filed a notice of substitution of counsel.  Both parties now appearing by counsel, the referral to the magistrate judge will be withdrawn.  However, the magistrate judge shall continue to perform all duties described in Local Rule 72-302(c)(1)-(20), The concurrently issued findings and recommendations which were pending during the time plaintiff was proceeding in pro se shall be issued.

        IT IS SO ORDERED.

DATED: 06/26/08                       /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

ggh:076
Legaspi291.dj.wpd

1